UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHEQUITA BOSWELL,<br><br>                          Plaintiff,<br><br>v.<br><br>DOUGLAS A. COLLINS, Secretary, U.S. Department of Veterans Affairs,[1]<br><br>                          Defendant. | Case No.: 25-cv-1769-RSH-AHG<br><br>**ORDER (1) EXTENDING TIME TO EFFECT SERVICE OF PROCESS, AND (2) DIRECTING FURTHER SERVICE OF PROCESS** |

On July 10, 2025, plaintiff Shequita Boswell, proceeding *pro se*, filed a civil action against the Secretary of the U.S. Department of Veterans Affairs alleging pregnancy discrimination. ECF No. 1. Plaintiff also filed a motion to proceed *in forma pauperis* ("IFP") pursuant to 28 U.S.C. §1915(a). ECF No. 2.

On August 1, 2025, the Court granted Plaintiff's IFP motion and screened the complaint pursuant to 28 U.S.C. § 1915(e)(2). ECF No. 3. The Court dismissed the complaint for failure to state a claim, but granted Plaintiff leave to amend. *Id.* at 5.

---

[1] Douglas A. Collins is the current Secretary of Veterans Affairs and is automatically substituted as the defendant pursuant to Federal Rule of Civil Procedure 25(d).

1

On August 26, 2025, Plaintiff filed her Amended Complaint. ECF No. 4. On September 5, 2025, the Court issued an order directing service of process. ECF No. 5. Specifically, the Court: (1) directed the Clerk to provide Plaintiff with an IFP Package, (2) directed Plaintiff to complete Form USM-285, and (3) directed the U.S. Marshals Service to effectuate service of process as provided in the Form USM-285 that Plaintiff was to complete. *Id.*

On September 25, 2025, the U.S. Marshals Service returned a Form USM-285 that had been completed by Plaintiff and served by the U.S. Marshals Service at the address Plaintiff provided. ECF No. 7. That form reflects a service address of only the U.S. Attorney's Office in San Diego, California. *Id.* There have been no subsequent filings, and Defendant has not appeared.

## I.     Rules Governing Service on Federal Government Defendant

Rule 4(i) of the Federal Rules of Civil Procedure governs service of process on the United States and its agencies or employees:

> (1) *United States*. To serve the United States, a party must:
>
> (A)   (i) deliver a copy of the summons and of the complaint to the United States attorney for the district where the action is brought—or to an assistant United States attorney or clerical employee whom the United States attorney designates in a writing filed with the court clerk—or
>
>         (ii) send a copy of each by registered or certified mail to the civil-process clerk at the United States attorney's office; [and]
>
> (B) send a copy of each by registered or certified mail to the Attorney General of the United States at Washington, D.C.; …
>
>         ….
>
> (2) *Agency; Corporation; Officer or Employee Sued in an Official Capacity*. To serve a United States agency or corporation, or a United States officer or employee sued only in an official capacity, a party must

> serve the United States and also send a copy of the summons and of the complaint by registered or certified mail to the agency, corporation, officer, or employee.

Fed. R. Civ. P. 4(i)(1), (2).

Here, because Plaintiff is filing suit against the Secretary of the U.S. Department of Veterans Affairs in his official capacity, Plaintiff must serve, via registered or certified mail sent by the U.S. Marshals Service, each of: (1) the civil process clerk at the U.S. Attorney's Office for the Southern District of California, (2) the U.S. Attorney General in Washington, D.C., ***and*** (3) the Secretary of the U.S. Department of Veterans Affairs. It appears from the documents filed on the docket that service has not been effectuated on Defendant in every manner required by Rule 4(i).

## II. Order Extending Service Deadline and Directing Further Service of Process

In light of Plaintiff's *pro se* status, the Court finds good cause to extend the deadline for Plaintiff to perfect service. The Court therefore **DIRECTS** the Clerk of Court to provide Plaintiff with an "IFP Package," consisting of ***three copies*** of: (1) the Amended Complaint, (2) the summons, (3) this order, and (4) a blank U.S. Marshals Service Form USM-285. Upon receipt of the IFP package, the Court directs Plaintiff to complete a separate Form USM-285 ***for each of the three required service addresses*** and provide the necessary materials to the U.S. Marshals Service according to the instructions provided in the letter accompanying the IFP package by ***no later than March 5, 2026***.

Upon receipt, the Court directs the U.S. Marshals Service to serve a copy of the Amended Complaint, summons, and this order upon Defendant as directed by Plaintiff on each of the three Form USM-285's, by registered or certified mail. All costs of service are to be advanced by the United States. *See* 28 U.S.C. § 1915(d); Fed. R. Civ. P. 4(c)(3).

//
//
//
//

1    The time allowed to effectuate service of process is extended as set forth herein.

2    **IT IS SO ORDERED**.

3    Dated:  January 6, 2026

                                                           *Robert S. Huie*
4                                                          _____
                                                           Hon. Robert S. Huie
5                                                          United States District Judge

6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28