UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHEQUITA BOSWELL,<br><br>                                    Plaintiff,<br><br>v.<br><br>DOUGLAS A. COLLINS, Secretary, U.S.<br>Department of Veterans Affairs,<br><br>                                    Defendant. | Case No.:  25-cv-1769-RSH-AHG<br><br>**ORDER DISMISSING CASE<br>WITHOUT PREJUDICE** |

On July 10, 2025, plaintiff Shequita Boswell, proceeding pro se, filed a civil action against the Secretary of the U.S. Department of Veterans Affairs alleging pregnancy discrimination. ECF No. 1. Plaintiff also filed a motion to proceed *in forma pauperis* ("IFP") pursuant to 28 U.S.C. §1915(a). ECF No. 2.

On August 1, 2025, the Court granted Plaintiff's motion to proceed IFP and screened the complaint pursuant to 28 U.S.C. § 1915(e)(2). ECF No. 3. The Court dismissed the complaint with leave to amend for failure to state a claim. *Id.* at 5.

On August 26, 2025, Plaintiff filed an Amended Complaint. ECF No. 4. On September 5, 2025, the Court issued an order directing service of process. ECF No. 5. Specifically, the Court: (1) directed the Clerk to provide Plaintiff with an IFP Package, (2)

directed Plaintiff to complete Form USM-285, and (3) directed the U.S. Marshals Service to effectuate service of process as provided in the Form USM-285 that Plaintiff was to complete. *Id.*

On September 25, 2025, the U.S. Marshals Service returned a Form USM-285 that had been completed by Plaintiff and served by the U.S. Marshals Service at the address Plaintiff provided. ECF No. 7. That form reflects a service address of only the U.S. Attorney's Office in San Diego, California. *Id.*

On January 6, 2026, instead of dismissing the Amended Complaint for failure to effectuate service in the manner prescribed by Federal Rule of Civil Procedure 4(i), the Court on its own extended Plaintiff's deadline to serve Defendant until March 5, 2026. ECF No. 8 at 2-3. Since Plaintiff filed suit against the Secretary of the U.S. Department of Veterans Affairs in his official capacity, the Court directed Plaintiff to "serve, via registered or certified mail sent by the U.S. Marshals Service, each of: (1) the civil process clerk at the U.S. Attorney's Office for the Southern District of California, (2) the U.S. Attorney General in Washington, D.C., and (3) the Secretary of the U.S. Department of Veterans Affairs." *Id.* at 3. The Court extended Plaintiff's deadline to effectuate service by more than three months.

On February 17, 2026, the U.S. Marshals Service returned a Form USM-285 that had been completed by Plaintiff and served by the U.S. Marshals Service at the address Plaintiff provided for the U.S. Department of Veterans Affairs in Washington, D.C. ECF No. 9.

To date, Plaintiff has not properly served the civil process clerk at the U.S. Attorney's Office for the Southern District of California, and the U.S. Attorney General in Washington, D.C. *See* Docket. The U.S. Marshal Service communicated that it has not received other Form USM-285's from Plaintiff that it has not served. Thus, Plaintiff has failed to effectuate service upon Defendant in the manner prescribed by Federal Rule of Civil Procedure 4(i) or shown good cause for her failure to do so. Pursuant to Federal Rule

25-cv-1769-RSH-AHG

of Civil Procedure 4(m), if Defendant has not been timely served, the Court "must dismiss the action without prejudice[.]"

The Court therefore **DISMISSES** this action without prejudice. The Clerk of Court is directed to close the case.

**IT IS SO ORDERED**.

Dated:  March 23, 2026

_____
Hon. Robert S. Huie
United States District Judge

25-cv-1769-RSH-AHG